HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
        jeffreys@leehayes.com
        rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC, | No. 2:13-CV-00115-TOR |
| Plaintiff, | |
| vs. | DEFENDANT LAMBERSON'S MOTION TO SEVER |
| CHARLES BROWN, *et al.*, | **Without Oral Argument** |
| Defendants. | Date: December 9, 2013 |
| | Time: 6:30 p.m. |

Pursuant to this Court's Order dated July 12, 2013, ECF No. 22, Defendant Ryan Lamberson moves this Court for an Order to Sever the lawsuit herein against him.  Mr. Lamberson is an individual defendant with a defense to the allegations

MOTION TO SEVER - 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

against him who would be economically prejudiced by continuation of this matter with multiple defendants, each with unique circumstances.

This Motion is made pursuant to LR 7.1. This Motion is based on this Court's Order dated July 12, 2013, ECF No. 22, and is supported by the accompanying Declaration of J. Christopher Lynch, ECF No. 65.

DATED this 18th day of October, 2013.

LEE & HAYES, PLLC


By: *s/ J. Christopher Lynch*
    J. Christopher Lynch, WSBA #17462
    Jeffrey R. Smith, WSBA #37460
    Rhett V. Barney, WSBA #44764
    601 W. Riverside Avenue, Suite 1400
    Spokane, WA 99201
    Phone: (509) 324-9256
    Fax: (509) 323-8979
    Emails:  chris@leehayes.com
              jeffreys@leehayes.com
              rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

MOTION TO SEVER - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Maureen C. VanderMay | efile@vandermaylawfirm.com |
| Erin Elizabeth Moore | moore@mftlaw.com |
| Nicholas D. Kovarik | nick@pyklawyers.com |
| John Whitaker | john@wlawgrp.com |
| J. Christopher Lynch | chris@leehayes.com |
| Jeffrey R. Smith | jeffreys@leehayes.com |
| Rhett V. Barney | rhettb@leeyahes.com |

I further certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants:

| | |
|---|---|
| Jessi Galloway<br>13110 N. Addison, Apt G306<br>Spokane, WA 99208 | Racheal Graham<br>1504 W. Gardner Ave<br>Spokane, WA 99201 |
| Robert Luttrell<br>40810 N. Bruce Road<br>Elk, WA 99009 | Ryan Hintz<br>69204 N. SR 225<br>Benton City, WA 99320 |
| Chrisann Ogden<br>114 E. Graves Road<br>Spokane, WA 99218 | Kurt Ogden<br>114 E. Graves Road<br>Spokane, WA 99218 |

LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
   J. Christopher Lynch, WSBA #17462
   601 W. Riverside Avenue, Suite 1400
   Spokane, WA 99201
   Phone: (509) 324-9256
   Fax: (509) 323-8979
   Email: chris@leehayes.com

MOTION TO SEVER - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979