1  Maureen C. VanderMay, WSBA No. 16742
   The VanderMay Law Firm PC
2  2021 S Jones Blvd.
   Las Vegas, Nevada 89146
3  (702) 538-9300

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF WASHINGTON

10

11 ELF-MAN, LLC,                    )   Case No.: 2:13-CV-00115-TOR
                                    )
12        Plaintiff,                )
                                    )   LIMITED NOTICE OF DISMISSAL BY
   v.                               )   PLAINTIFF
13                                  )
   CHARLES BROWN et al.,            )
14                                  )
          Defendants.               )
15 _____  )

16        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

17 Elf-Man, LLC hereby voluntarily dismisses the following parties in this matter:

18 Charles Brown.

19        This dismissal of Charles Brown is without prejudice and without costs.

20 Charles Brown has not filed a responsive pleading.

21        Plaintiff further voluntarily dismisses the following parties in this matter:

22 Roger Morris.

23 / / / /

24 / / / /

25 / / / /

26 / / / /

27 LIMITED NOTICE OF DISMISSAL
28 BY PLAINTIFF – Page 1

This dismissal of Roger Morris only is *with* prejudice and without costs. Roger Morris has not filed a responsive pleading.

DATED: October 30, 2013

Respectfully submitted,

The VanderMay Law Firm

/s Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742
email: elfmanwa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
Of Attorneys for Plaintiff